IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BARBARA J. APPLEBY, et al.                                              PLAINTIFFS

V.                                                                    NO. 3:03CV328LN

CHRYSLER CREDIT CORPORATION, et al.                        DEFENDANTS

**ORDER OF DISMISSAL**

THIS DAY, THIS CAUSE came on to be heard on the joint *ore tenus* motion of Plaintiffs and Defendant DaimlerChrysler Financial Services Americas LLC f/k/a Chrysler Credit Corporation to dismiss the claims in this action with prejudice, and the Court, being fully advised in the premises finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that all claims asserted by Plaintiffs in this action shall be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that each party shall bear their own costs.

**SO ORDERED THIS,** this the 2nd day of August, 2006.

/s/ Tom S. Lee
**UNITED STATES DISTRICT JUDGE**